**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stacey Merrell LEWIS, Defendant– Appellant.**

**No. 09–16522**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 18, 2010.

---

500

Before CARNES, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Elizabeth Lane, appointed counsel for Stacey Merrell Lewis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lewis's conviction and sentence are **AFFIRMED.**